# Court of Appeals
# of the State of Georgia

ATLANTA,  August 17, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0005. WALTER GONZALEZ-MELGAR v. THE STATE.

After admitting to violating the terms of his probation, Walter Gonzalez-Melgar consented to the modification of his probated sentence and the revocation of his probation. The trial court entered the order on November 21, 2017, and Gonzalez-Melgar filed this application on June 9, 2018.[1]  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Gonzalez-Melgar filed his application 200 days after entry of the order he seeks to appeal. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
       Clerk's Office, Atlanta,  08/17/2018
       I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
       Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Gonzalez-Melgar filed his application in the Supreme Court, which transferred the matter to this Court.